BEN CAPTAN, as Administrator of the Estate of MELVYN CAPTAN, Deceased, Respondent, v. ASSOCIATED TRANSPORT, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LOUIS GOLDBERGER, Appellant, v. CRANFORD DEFENSE HOUSING CORPORATION, Respondent.— Order reversed, with $20 costs and disbursements to the appellant, and the attachment increased to the amount originally provided for and defendant directed to file an undertaking sufficient to cover the attachment as so increased. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to modify the order so as to remand for trial the issue whether it was intended to continue in force the provisions in the contract for arbitration as to out-of-pocket expenditures, which issue was raised by the ambiguities in the documents. No opinion. Settle order on notice.

MAX DONNER, Respondent, v. AGNES A. FANNING et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of MELVIN KIRSCHENBAUM, an Incompetent. ROSE KENT, as One of the Committee of Said Incompetent, Appellant; ELEANOR K. JACOBS et al., Respondents.— Order, so far as appealed from, unanimously modified by reducing the award to attorneys for petitioner to the sum of $1,500, the award to the special guardian to the sum of $1,000, and as so modified affirmed, with $20 costs and disbursements to the appellant, payable out of the estate. The appeal from the order insofar as it fails to provide for the continuance of an allowance to the incompetent's mother is deemed withdrawn without prejudice to an application for such relief at Special Term. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Agreement Made with PATRICK MCGOVERN et al. CITY BANK FARMERS TRUST COMPANY, Appellant; EDNA M. CRANE et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements, without prejudice to an application to reopen the reference. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

PHILIP J. YOUNG et al., Respondents, v. THOMAS J. HUGHES, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Cohn, Callahan and Wasservogel, JJ.

MARIE L. ERICSON v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.; Glennon, J., taking no part. [See ante, p. 939.]

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD against AMERICAN SURETY COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Wasservogel, JJ.; Glennon, J., taking no part. [See ante, p. 970.]